# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **JOHNNY ANDREW MCGILL,** | : | |
| Plaintiff, | : | Case No: 5:23-cv-329-MTT-CHW |
| v. | : | |
| | : | Proceedings under 42 U.S.C. §1983 |
| Doctor CESAR SISKA, | : | Before the U.S. Magistrate Judge |
| Defendant. | : | |

## ORDER

Pending before the Court is Plaintiff's motion to compel, in which Plaintiff asks the Court to compel Defendant to answer the interrogatories that Plaintiff attached to his motion. (Doc. 18). Plaintiff states he served the interrogatories on December 11, 2023, but he has not received a response. As explained in the screening recommendation (Doc. 5, p. 11-12), discovery will not commence in this action until the remaining defendant, Dr. Siska, is served and answers the complaint. Because Defendant Siska has not yet been served (*see* (Doc. 17)), discovery has not commenced and no response is due. Therefore, Plaintiff's motion to compel discovery (Doc. 18) is **DENIED as premature**.

**SO ORDERED**, this 22nd day of February, 2024.

s/ Charles H. Weigle
Charles H. Weigle
United States Magistrate Judge

1