IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY ANDREW MCGILL, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:23-CV-329 (MTT) |
| Doctor CESAR SISKA, | ) |
| Defendant. | ) |

## ORDER

Pro se plaintiff Johnny Andrew McGill filed this 42 U.S.C. § 1983 action against Dr. Cesar Siska.  Doc. 1.  McGill and Dr. Siska have filed cross-motions for summary judgment.  Docs. 25; 28.  United States Magistrate Judge Charles H. Weigle recommends granting Dr. Siska's motion for summary judgment and denying McGill's motion for summary judgment.  Doc. 32.  McGill did not object.  Thus, the Court reviews the Recommendation for clear error pursuant to 28 U.S.C. § 636(b)(1).  The Court finds none.  Therefore, the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge.  The Recommendation (Doc. 32) is **ADOPTED** and made the Order of the Court.  Accordingly, Dr. Siska's motion for summary judgment (Doc. 25) is **GRANTED**.  McGill's motion for summary judgment (Doc. 27) is **DENIED**.

**SO ORDERED**, this 13th day of June, 2025.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT