IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| JOHNNY ANDREW MCGILL, | * |
| Plaintiff, | * |
| v. | Case No. 5:23-cv-00329-MTT-CHW |
| | * |
| DOCTOR CESAR SISKA, | * |
| Defendant. | * |
| | * |

## J U D G M E N T

Pursuant to this Court's Order dated 6/13/2025, having accepted the recommendation of the United States Magistrate Judge, in its entirety, JUDGMENT is hereby entered dismissing this action.

This 13th day of June, 2025.

David W. Bunt, Clerk

s/ Raven K. Alston, Deputy Clerk